United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD A. JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Defendants.<br>_____/ | No. C- 11-1510 JCS<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS; ORDERING SERVICE OF THE FIRST AMENDED COMPLAINT**<br><br>**[Docket No. 2]** |

       Plaintiff Reginald Jackson filed an Application To Proceed In Forma Pauperis in the above-entitled action.  The complaint was assigned to a United States Magistrate Judge and Plaintiff has consented to the jurisdiction of the undersigned.  *See* 28 U.S.C. § 636(c).  The Court reviewed the Application, and found Plaintiff to be indigent.  However, the Complaint failed to state a claim and was dismissed with leave to amend.

       On October 21, 2011, Plaintiff filed a First Amended Complaint ("FAC").  Liberally construed, the Court finds that the FAC states a claim for relief.  The Motion  to Proceed in Forma Pauperis is therefore GRANTED.  **The U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders and attachments, as well as a copy of this order, upon Defendant**s.

       Finally, without making any endorsement in this regard, Plaintiff is again advised that the San Francisco Bar Association operates a lawyer referral service which may be helpful in securing

1

pro bono counsel. Moreover, Plaintiff may wish to seek assistance from the Legal Help Center, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, CA, in Room 2796, where Plaintiff may sign up for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation. The telephone number for scheduling an appointment with the Legal Help Center is (415) 782-9000, extension 8657.

IT IS SO ORDERED.

Dated: November 28, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge