IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD A. JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Defendant. | Case No.: 11-cv-1510 JSC<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT FOR PURPOSES OF REPRESENTATION FOR MEDIATION** |

Upon review of the file in this matter, the Court concludes that it is appropriate to refer the Plaintiff to the Federal Pro Bono Project to attempt to secure pro bono counsel to represent Plaintiff for purposes of mediation. Accordingly:

1. The clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF"), one copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by BASF that an attorney has been located to represent Plaintiff, that attorney shall be appointed counsel for Plaintiff in this matter to represent Plaintiff for purposes of mediation.

3. Following the appointment of counsel, the Court will refer the matter to the Court's ADR unit for mediation.

4. The parties shall appear for a further Case Management Conference on June 20, 2013, at 1:30 p.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 31, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE