IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD A. JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Defendant. | Case No.: 11-cv-1510 JSC<br><br>**ORDER APPOINTING COUNSEL** |

    Because Plaintiff Reginald A. Jackson has requested and is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation, Katharine Chao, Esq., and Carolyn Salmon, Esq., of Chao & Salmon, 703 Market Street, Suite 2000, San Francisco, CA 94103, Tel. 415-738-5352, Fax 415-233-4859, are hereby appointed as counsel for Plaintiff Reginald A. Jackson in this matter.

    The scope of this referral shall be for:

    ☐ all purposes for the duration of the case

    ☒ the limited purpose of representing the litigant in the course of

        ☒ mediation

☐ early neutral evaluation

☐ settlement conference

☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

_____

☐ discovery as follows:

_____

☐ other:

_____

**IT IS SO ORDERED.**

Dated:  February 12, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2